The appeal is dismissed for the want of a substantial federal question. *Charles A. Heisell* for appellant. ▮

No. 216, Misc.   MARINGER *v.* SUPREME COURT OF CALIFORNIA; and

No. 219, Misc.   ROBERTS *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.   Motions for leave to file petitions for writs of mandamus denied.

No. 227, Misc.   HICKS *v.* JACKSON, WARDEN, ET AL.; and

No. 253, Misc.   WORTH *v.* CALIFORNIA ET AL.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 239, Misc.   SANDERS *v.* WATERS, WARDEN.   Motion for leave to withdraw petition for writ of mandamus granted.

No. 241, Misc., October Term, 1948.   RODRIQUEZ *v.* NEW YORK, 335 U. S. 899.   Motion for return of the record to petitioner denied.

No. 401.   JOHANSEN *v.* UNITED STATES.   C. A. 2d Cir. Certiorari granted.   *William L. Standard* for petitioner. *Solicitor General Perlman* filed a memorandum for the United States stating that the Government does not oppose the granting of the petition. ▮

No. 414.   MANDEL, ADMINISTRATOR, *v.* UNITED STATES. C. A. 3d Cir.   Certiorari granted.   *Abraham E. Freedman* for petitioner.   *Solicitor General Perlman* filed a

memorandum for the United States stating that the Government does not oppose the granting of the petition.

No. 15. UNITED STATES *v.* DUVARNEY. C. A. 1st Cir. Certiorari denied. *Solicitor General Perlman* for the United States.

No. 139. NICHOLSON TRANSIT Co. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Sparkman Deats Foster* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 207. SEDIVY ET AL. *v.* SUPERIOR HOME BUILDERS, INC. ET AL. C. A. 7th Cir. Certiorari denied. Petitioners *pro se*. *Arthur R. Seelig* for respondents.

No. 362. MEAD SERVICE Co. ET AL. *v.* MOORE, DOING BUSINESS AS MOORE'S BAKERY. C. A. 10th Cir. Certiorari denied. *Edward W. Napier* and *Howard F. Houk* for petitioners. *Dee C. Blythe* for respondent.

No. 372. CHERRYWOOD APARTMENTS, INC. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Carl L. Shipley* for petitioners. *Solicitor General Perlman, Assistant Attorney General Underhill* and *Roger P. Marquis* for the United States.

No. 389. FLORIDA EX REL. HICKS-KESSLER FLYING SCHOOL, INC. *v.* HOLT, CIRCUIT COURT JUDGE. Supreme